IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS COMBINED FUNDS, INC., by James R. Klein, Administrator, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:19cv362 Electronic Filing |
| MW2 CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

The present action was initiated in this Court on April 2, 2019. The case was referred to Chief United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D.

On May 14, 2019, Chief Magistrate Judge Eddy issued a Report and Recommendation (ECF 9) recommending that plaintiff's Motion for Default Judgment (ECF 8) be granted. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Civil Rules of Court, they had until May 31, 2019, to file objections. To date, no objections have been filed. Accordingly, after a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 12th day of July, 2019,

IT IS ORDERED that plaintiff's Motion for Default Judgment (ECF 8) is GRANTED. Judgment is hereby entered in favor of plaintiff Carpenters Combined Funds, Inc. and against defendant MW2 Construction, Inc. in the amount of $527,894.35.

IT IS FURTHER ORDERED that the Report and Recommendation of Chief Magistrate Judge Eddy is adopted as the opinion of the Court.

IT IS FURTHER ORDERED that the Clerk shall mark this CASE CLOSED.

s/ DAVID STEWART CERCONE
David Stewart Cercone
Senior United States District Judge

cc: Jeffrey J. Leech, Esquire

(*Via CM/ECF Electronic Mail*)